

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

NO. PD-0200-15

O.D. VAN DUREN, JR., Appellant

v.

THE STATE OF TEXAS

ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
FROM THE FOURTEENTH COURT OF APPEALS
HARRIS COUNTY

**PER CURIAM. KEASLER and HERVEY, JJ., dissent.**

## **O R D E R**

The petition for discretionary review violates Rule of Appellate Procedure

9.4(i)(2)(D) because the petition exceeds the proper page limits.

The petition is struck. *See* Rule of Appellate Procedure 68.6.

The petitioner may redraw the petition. The redrawn petition and copies must be

filed in the Court of Criminal Appeals within thirty days after the date of this order.

Filed: June 3, 2015
Do Not Publish